UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81813-CIV-CANNON/Reinhart

**CITY COMMUNICATIONS, INC.,
CATHECT COMMUNICATIONS, INC.,**
and **BELL OCEANIC (PVT) LTD.**,

    Plaintiffs,

v.

**DAILYTEL, INC. et al.**,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION
TO RESET HEARING ON MOTION TO DISMISS**

**THIS CAUSE** comes before the Court upon Defendants' Motion to Reset Hearing on Motion to Dismiss, filed on November 16, 2023 [ECF No. 103]. The Court has reviewed the Motion and is otherwise advised in the premises. Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Reset Hearing on Motion to Dismiss [ECF No. 103] is **GRANTED.**

2. The parties' deadline to complete jurisdictional discovery remains **November 20, 2023**.

3. The parties' deadline to file supplemental briefs on the issue of personal jurisdiction remains **November 27, 2023**.

4. The Hearing on Defendants' Motion to Dismiss [ECF No. 67] is hereby **RESCHEDULED** to **December 19, 2023**, at 1:00 P.M.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of November 2023.

_/s/ Aileen M. Cannon_
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record